FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
§ CASE NO. 05-48410
DCPOWER NETWORKS, INC, § (Chapter 7)
§
DEBTOR §

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS
REGISTR Y OF THE UNITED STATES BANKRUPTCY COURT**

**TO THE HONORABLE BRENDA T. RHOADES:**

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That he is the duly qualified and acting trustee in this case.

2. The trustee filed a Notice of Redistribution of Funds with this Court on June 10, 2010. Distributions were made on June 10, 2010

3. The following check was not negotiated within the 90 period allowed:

    A. Check No. 3021, South Verizon Wireless, AFNI/Verizon Wireless, 404 Brock Drive, Bloomington, IL 61701, in the amount of $5.23. These unclaimed funds should be paid into the unclaimed registry of this court.

4. Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C. and FRBP 3011, a check has been tendered to the Clerk of the U.S. Bankrupcty Court in the amount of $5.23.

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE
UNITED STATES BANKRUPTCY COURT - Page 1**

LR:T:\tcmswin\docman\DCPOWER NETWORKS INC [05-48410]\Unclaimed Funds1 .wpd

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY,
  &amp; LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

*/s/ Christopher J. Moser, Trustee*
State Bar No. 14572500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via regular U.S. Mail, postage prepaid on this 28th day of September, 2010, to U.S. Trustee, Bank of America Building, 110 North College Avenue, Room 300, Tyler, Texas 75702.

*/s/ Christopher J. Moser, Trustee*

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT - Page 2**

FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

IN RE: §
 § CASE NO. 05-48410
DCPOWER NETWORKS, INC, § (Chapter 7)
 §
DEBTOR §

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS
REGISTR Y OF THE UNITED STATES BANKRUPTCY COURT**

**TO THE HONORABLE BRENDA T. RHOADES:**

The undersigned Trustee of the above styled estate states as follows for his Notice to Deposit Funds into the Unclaimed Funds Registry of the United States Bankruptcy Court:

1. That he is the duly qualified and acting trustee in this case.

2. The trustee filed a Notice of Redistribution of Funds with this Court on June 10, 2010. Distributions were made on June 10, 2010

3. The following check was not negotiated within the 90 period allowed:

    A. Check No. 3021, South Verizon Wireless, AFNI/Verizon Wireless, 404 Brock Drive, Bloomington, IL 61701, in the amount of $5.23. These unclaimed funds should be paid into the unclaimed registry of this court.

4. Pursuant to 11 U.S.C. Section 347 and Chapter 129 of Title 28, U.S.C. and FRBP 3011, a check has been tendered to the Clerk of the U.S. Bankrupcty Court in the amount of $5.23.

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE
UNITED STATES BANKRUPTCY COURT - Page 1**

Respectfully submitted,

QUILLING, SELANDER, CUMMISKEY,
  &amp; LOWNDS, P.C.
2001 Bryan Street, Suite 1800
Dallas, Texas 75201
(214) 871-2100 (Telephone)
(214) 871-2111 (Fax)

*/s/ Christopher J. Moser, Trustee*
State Bar No. 14572500

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been served via regular U.S. Mail, postage prepaid on this 28th day of September, 2010, to U.S. Trustee, Bank of America Building, 110 North College Avenue, Room 300, Tyler, Texas 75702.

*/s/ Christopher J. Moser, Trustee*

**NOTICE TO DEPOSIT FUNDS INTO THE UNCLAIMED FUNDS REGISTRY OF THE UNITED STATES BANKRUPTCY COURT - Page 2**